UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RYAN SHEER, et al.,<br><br>         Plaintiffs,<br>v.<br><br>REPUBLIC ENERGY SERVICES, INC., et al.,<br><br>         Defendants. | Case No. 2:16-cv-00992-GMN-PAL<br><br>ORDER<br><br>Subst Atty – ECF No. 17 |

Before the court is the Substitution of Attorneys (ECF No. 17). It appears that Mr. Aiello who has appeared with Linda K. Williams for Defendants Republic Energy Services, Inc. and Republic Electric, Inc., while with the law firm of Kolesar & Leatham, has changed firms and is now with the law firm of Greenspoon Marder. Defendants Republic Energy Services, Inc. and Republic Electric, Inc. have signed the substitution indicating their intent to have Mr. Aiello serve as counsel of record. However, the court cannot determine from the substitution whether Ms. Williams of Kolesar & Leatham will remain as co-counsel, and no request has been made to remove her or her firm from the court's CM/ECF service system. Mr. Aniello signed the form. Kolestar and Latham has not. Accordingly,

**IT IS ORDERED** that the Substitution of Attorney (ECF No. 17) is DENIED without prejudice.

DATED this 6th day of July, 2016.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE